THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Calvin M. Williams, Petitioner
 v.
 State of South Carolina, Respondent
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court Judge

Memorandum Opinion No.  2007-MO-026
Submitted April 18, 2007  Filed April 30, 2007

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 George P. Callison, Jr., of Greenwood, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia, for Respondent.
 
 
 

PER CURIAM: We granted certiorari to review the post-conviction relief courts denial of relief to petitioner, Calvin M. Williams.  After careful consideration, we now dismiss certiorari as improvidently granted.
DISMISSED.
TOAL, C.J., WALLER, BURNETT and PLEICONES, JJ., concur.  MOORE, J., not participating.